UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOMMY STEWART,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>NEVADA, STATE OF, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-01245-RFB-NJK<br><br>ORDER |

　　　Petitioner Tommy Stewart has submitted what he has styled as a *pro se* notice of appeal of the denial of his state petition for writ of habeas corpus (ECF No. 1-1). His filing suffers from several defects. First, he has failed to include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*. Local Rule LSR 1-2.

　　　Second, to challenge his state court conviction or sentence in federal court he must file a federal petition for writ of habeas corpus and that petition must be on the court's form. This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Alleged errors in the interpretation or application of state law do not warrant habeas relief. Hubbart v. Knapp, 379 F.3d 773, 779-80 (9th Cir. 2004).

　　　Accordingly, this action will be dismissed as improperly commenced and for failure to state a claim for which relief may be granted.

　　　**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice as improperly commenced and for failure to state a claim cognizable in federal habeas corpus.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk **SEND** to petitioner one copy of the application to proceed *in forma pauperis* with instructions and one copy of the court's form 28 U.S.C. § 2254 habeas corpus petition.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 4 August 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE